

July 17, 2026

**MEMORANDUM TO**
**THE HONORABLE NATASHA C. MERLE**
**U.S. DISTRICT JUDGE**

**Re: Jacques, Gary**
**Docket Numbers: CR-08-577 and CR-08-819**
**<u>International Travel Request</u>**

Reference is made to Gary Jacques (Jacques) who was sentenced by the Honorable Nina Gershon on March 2, 2011, on docket number CR-08-577, after being found guilty to Count 1: Conspiracy to Possess with Intent to Distribute at Least 500 Grams of Cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B)(ii)(II), a Class B Felony; Count 2: Possession with Intent to Distribute at Least 500 Grams of Cocaine, in violation of 21 U.S.C. §§ 841 (a)(1) and 841(b)(1)(B)(ii)(II), a Class B Felony; Count 3: Conspiracy to Import at Least 500 Grams of Cocaine, in violation of 21 U.S.C. §§ 963, 960(a)(1), and 960(b)(2)(B)(ii), a Class B Felony; Count 4: Importation of at Least 500 Grams of Cocaine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 960(b)(2)(B)(ii), a Class B Felony; and Count 5: Possession with Intent to Distribute at Least 500 Grams of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II), a Class B Felony. (The original Count 5 of the superseding indictment was dropped and thus Count 6 was renumbered as Count 5 prior to the jury verdict). On docket number CR-08-819, after a plea of guilty, the Honorable Nina Gershon, sentenced Jacques to Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 371, a Class D Felony. On September 14, 2021, his sentence was amended. For case number 08-CR-577, Jacques was sentenced to two hundred and sixteen (216) months custody on Count 1 through Count 4, each count to run concurrently. For case 08-CR-819, Jacques was sentenced to sixty (60) months custody on Count 1 to run concurrently with Count 1 through Count 4, with three (3) years on Count one on 08-CR-819 to run concurrently with Counts One-Four on 08-CR-577. The following special conditions of supervision were imposed: 1) Forfeiture order; 2) Financial disclosure; 3) Substance abuse treatment; and 4) Search condition. A $600 special assessment fee was also imposed.

**ROBERT L. CAPERS**
Chief U.S. Probation Officer

*REPLY TO:*

☑   **BROOKLYN**   27 Johnson Street, Brooklyn, NY 11201-2712
                    Tel. No. (347) 534-3400
                    Fax No. (347) 534-3509

☐   **LONG ISLAND**   Alfonse M. D'Amato United States Courthouse
                        202 Federal Plaza, 2nd Floor, Central Islip, NY 11722-4425
                        Tel. No. (631) 712-6300
                        Fax No. (631) 712-6395

**JESSICA A. ROMAN**
Assistant Deputy Chief U.S. Probation Officer
**PATRICIA A. SULLIVAN**
Assistant Deputy Chief U.S. Probation Officer

This memorandum is to inform the Court that Mr. Jacques has requested permission to travel to the Dominican Republic from August 14, 2026, to August 28, 2026, and September 8, 2026, to October 7, 2026, to visit his daughter and wife. Mr. Jacques will be staying at Calle Carlos de Lora #89 Bella Vista, Santiago Republicana Dominicana. According to Mr. Jacques, his wife and mother will be covering the expenses of this proposed travel.

Jacques resides in Kings Park, New York, with his mother and is employed full-time as a Cable Installer for Dar Tex Technical Services. He has paid his $600 special assessment fee in full and has demonstrated good faith payments of $50 towards his forfeiture totaling $500 to date, toward the outstanding balance of $343,220. On February 28, 2024, he was enrolled in the Probation Department's Random Urine Testing (RUT) Program, and all tests to date have been negative for illicit substances. At this time, Jacques appears to be compliant with all conditions of supervision.

Predicated on the foregoing, the Probation Department respectfully recommends that the request for international travel be granted. We await Your Honor's decision on this matter and will continue to follow the directives of the Court.

RESPECTFULLY SUBMITTED:

ROBERT CAPERS
CHIEF U.S. PROBATION OFFICER


Respectfully submitted,

*Angelika Isidro*

Angelika Isidro
U.S. Probation Technician
Telephone: 347-534-3702
E-mail: Angelika_Isidro@nyep.uscourts.gov
Date: July 17, 2026

Approved by,

*Lisa Famularo*

Lisa Famularo
Supervisory U.S. Probation Officer
Date: July 17, 2026

**THE COURT ORDERS:**

☑    Request to Travel Internationally to the Dominican Republic from August 14, 2026, to August 28, 2026, and September 8, 2026, to October 7, 2026, is **GRANTED**

☐    Request to Travel Internationally to the Dominican Republic is **DENIED**

☐    **Other**

| | |
|---|---|
| */s/ Natasha C. Merle* | July 20, 2026 |
| Signature of Judicial Officer | Date |